UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>ADAM MICHAEL CUSTOM HOMES, LLC, KEVIN PFISTER, AND ANNA ORAN,<br><br>*Defendants*. | Civil Action No.: 5:23-cv-00426OLG |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, The Cincinnati Specialty Underwriters Insurance Company ("CSU") and Defendants, Adam Michael Custom Homes, LLC, Kevin Pfister, and Anna Oran (the "Defendants") (Defendants and CSU collectively referred to as the "Parties") file this Joint Notice of Settlement advising the Court that the Parties have reached a settlement as to all of the claims asserted in the above-captioned lawsuit. The Parties are currently in the process of finalizing the settlement, and once finished, intend to prepare and file a Joint Stipulation of Dismissal and proposed order regarding same. The Parties anticipate that the stipulation and proposed order will be filed with the Court within the next forty-five (45) days.

        Respectfully submitted,

        COX P.L.L.C.

BY:    */s/ Lisa Brindle Talbot\**
        Lisa Brindle Talbot
        State Bar No. 24040576
        ltalbot@coxpllc.com
        Jennifer Kelley
        State Bar No. 24058695
        jkelley@coxpllc.com
        Mariam Shakir
        State Bar No. 24108826
        mshakir@coxpllc.com
        2200 Post Oak Blvd., Suite 1550
        Houston, Texas 77056
        (202) 262-2835
        \**with permission*

**ATTORNEYS FOR PLAINTIFF**

SHIDLOFSKY LAW FIRM PLLC

BY:    */s/ Douglas P. Skelley*
        Douglas P. Skelley
        State Bar No. 24056335
        doug@shidlofskylaw.com
        Rebecca DiMasi
        State Bar No. 24007115
        rebecca@shidlofskylaw.com
        7200 N. Mopac Expy., Suite 430
        Austin, Texas 78731
        (512) 685-1400

**ATTORNEYS FOR DEFENDANT ADAM MICHAEL CUSTOM HOMES, LLC**

LOVEIN | RIBMAN, P.C.

BY:  */s/ David N. McDevitt*\*
David N. McDevitt
State Bar No. 24117433
dmcdevitt@loveinribman.com
1225 Main Street, Suite 200
Grapevine, Texas 76051
(817) 442-5106
\**with permission*

**ATTORNEY FOR DEFENDANTS
ANNA ORAN AND KEVIN PFISTER**

### CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2024, a copy of the foregoing document was electronically filed with the U.S. District Clerk's office by operation of the court's electronic filing system and has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Douglas P. Skelley*
Douglas P. Skelley